# CRIMINAL CASE MINUTES

**Case Title:** USA vs Saiwon Hairm Brown

**Case Number:** 4:19mj00085 JJV

**Before U.S. Magistrate Judge Joe J. Volpe**

**Date of hearing:** April 1, 2019

**Time in court:** 3:07 p.m. - 4:11 p.m.

**ECRO/CRD:** Lorna Jones

The parties appeared before Magistrate Judge Volpe for a probable cause and detention hearing. After testimony from a witness, the Court found there was cause for the complaint, and remanded Mr. Brown to the custody of the USM for detention pending trial for reasons stated on the record. Court adjourned.

**AUSA:** Stephanie Mazzanti

**Defense Counsel:** Bill James

**USPO:** Jessica Powell