IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 4:19mj00085-1-JJV

SAIWON HAIRM BROWN

## ORDER OF DETENTION

Defendant appeared with counsel on this date for a hearing on probable cause and detention. I find the Complaint is supported by probable cause. I also find by clear and convincing evidence that Defendant is a danger to the community and no condition or combination of conditions will assure its safety. In coming to this conclusion, I have considered the fact that Defendant is an admitted gang member, as well as evidence adduced in both the pretrial services report and witness testimony indicating he has engaged in multiple violent acts with firearms. Therefore, Defendant is remanded to the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

SO ORDERED this 1st day of April 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE