GOVERNMENT
EXHIBIT

8b