

GOVERNMENT
EXHIBIT
12

























