# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                          No. 4:19-cr-151-DPM

SAIWON BROWN                                                                      DEFENDANT

## SENTENCING SCHEDULING ORDER

Sentencing is set for **17 January 2023 at 1:30 in Courtroom 1A.** So the Court and all parties can prepare for the hearing, the Court sets the following schedule.

- Final PSR, including responses to objections, circulated..................................................................**Received**

- Motions to depart or vary and sentencing memoranda filed.................................................**28 December 2022**

- Joint notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve, and any other case-specific issue that the Court needs to prepare for...................................................**4 January 2023**

- Responses to any departure or variance motions and responding memoranda filed............................**4 January 2023**

If any of these deadlines is not met, then the sentencing will be continued absent extraordinary circumstances.

So Ordered.

*[signature: DPMarshall Jr.]*
D.P. Marshall Jr
United States District Judge

<u>29 November 2022</u>